People v Jackson (2023 NY Slip Op 03176)

People v Jackson

2023 NY Slip Op 03176

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023

PRESENT: WHALEN, P.J., SMITH, LINDLEY, BANNISTER, AND GREENWOOD, JJ. (Filed June 9, 2023.) 

MOTION NO. (1102/21) KA 19-00295.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
MARSHALL D. JACKSON, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument denied.